Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–26360–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Deborah Beatrice Bonfante
aka Deborah Beatrice Bonfante–Acosta,
aka Deborah B. Acosta, aka Deborah B.
Bonfante–Acosta
450 Elizabeth Street
Fort Lee, NJ 07024

Social Security No.:
  xxx–xx–7688

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 26, 2018                Stacey L. Meisel
                                    Judge, United States Bankruptcy Court